

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jacy Gates,                                    * From the 42nd District Court
                                                 of Coleman County,
                                                 Trial Court No. CV20-01034.

Vs. No. 11-22-00054-CV                         * August 3, 2023

Denise McDonald and Diana Dobbins,             * Opinion by Bailey, C.J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)
                                                 (Trotter, J., dissenting with opinion)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the final judgment and second partition decree of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Denise McDonald and Diana Dobbins.